**E. J. Simmons**, OSB 75341
ejs@SimmonsTrialPractice.com
621 SW Morrison, Ste. 1300
Portland OR 97205
(503) 221-2000
Facsimile (971) 223-4733

**Bradley Ganz**
mail@ganzlaw.com
Ganz Law PC
PO Box 2200
163 SE 2nd Avenue
Hillsboro, OR 97124
(503) 844-9009

Attorneys for Plaintiffs
Passages Silver Strand LLC and
Grasshopper House LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **Grasshopper House LLC**, a California limited liability company doing business as Passages Malibu, **Passages Silver Strand LLC**, a California limited liability company,<br><br>          Plaintiffs,<br>     vs.<br><br>**Palm Partners, LLC**, a Florida limited liability company, **Dual Diagnosis Management, LLC**, a Tennessee limited liability company,<br><br>          Defendants. | Civil Case No.: 3:09-CV-874-ST<br><br>**Unopposed Motion for Dismissal as to Defendant Dual Diagnosis Management, LLC** |

Page 1 – Unopposed Motion for Dismissal as to Defendant Dual Diagnosis Management, LLC

The undersigned counsel hereby certifies that he has conferred with out of state counsel for defendant Dual Diagnosis Management, LLC about this motion, and that this motion is unopposed because all claims between plaintiffs and defendant Dual Diagnosis Management, LLC are settled.

Plaintiffs move the Court for an Order dismissing defendant Dual Diagnosis Management, LLC from this civil action with prejudice and without costs.

Signed November 5, 2009

*s/ E. J. Simmons*

_____
E. J. Simmons, OSB 75341
(503) 221-2000
Bradley Ganz, OSB 94076
(503) 844-9009
Attorneys for Plaintiffs Grasshopper House, LLC
and Passages Silver Strand, LLC

Page 2 – Unopposed Motion for Dismissal as to Defendant Dual Diagnosis Management, LLC