IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GRASSHOPPER HOUSE LLC, a California
limited liability company doing business as
Passages Malibu, PASSAGES SILVER STRAND
LLC, a California limited liability company,

    Plaintiffs,

    v.

PALM PARTNERS, LLC, a Florida limited
liability company, DUAL DIAGNOSIS
MANAGEMENT, LLC, a Tennessee limited
liability company,

    Defendants.

Civil No. 09-874 ST

ORDER OF DISMISSAL

Based on the record and the unopposed motion for dismissal as to Defendant Dual Diagnosis Management, LLC, IT IS ORDERED that defendant Dual Diagnosis Management, LLC is dismissed with prejudice and without costs.

IT IS SO ORDERED.

Dated this 6th day of November, 2009.

      /s/ Janice M. Stewart
      JANICE M. STEWART
      United States Magistrate Judge

Pg. 1 - ORDER OF DISMISSAL