**E. J. Simmons**, OSB 75341
ejs@SimmonsTrialPractice.com
621 SW Morrison, Ste. 1300
Portland OR 97205
(503) 221-2000
Facsimile (971) 223-4733

**Bradley Ganz**
mail@ganzlaw.com
Ganz Law PC
PO Box 2200
163 SE 2nd Avenue
Hillsboro, OR 97124
(503) 844-9009

Attorneys for Plaintiffs
Passages Silver Strand LLC and
Grasshopper House LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **Grasshopper House LLC**, a California limited liability company doing business as Passages Malibu, **Passages Silver Strand LLC**, a California limited liability company,<br><br>       Plaintiffs,<br>   vs.<br><br>**Palm Partners, LLC**, a Florida limited liability company, **Dual Diagnosis Management, LLC**, a Tennessee limited liability company,<br><br>       Defendants. | Civil Case No.: 3:09-CV-874-ST<br><br>**Declaration of E. J. Simmons in Support of Motion for Extension** |

Page 1 – Declaration of E. J. Simmons

E. J. Simmons hereby declares:

I am one of the attorneys of record for plaintiffs herein.

Plaintiffs previously settled this dispute with defendant Dual Diagnosis Management, LLC, and the motion to dismiss this civil action as to that defendant was granted, docket number 5.

Plaintiffs and defendant Dual Diagnosis Management, LLC have almost completed settlement negotiations, and need some additional time to finalize the settlement between the parties.

To give the parties some additional time to finalize the probable settlement, the plaintiffs request that the Court continue the case by extending the discovery deadline until March 15, 2010.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 15, 2010.

*s/ E. J. Simmons*

_____
E. J. Simmons, OSB 75341
(503) 221-2000
Bradley Ganz, OSB 94076
(503) 844-9009
Attorneys for Plaintiffs Grasshopper House, LLC
and Passages Silver Strand, LLC

Page 2 – Declaration of E. J. Simmons